STATE of Missouri, Respondent,

v.

Stevenson HAMM, Appellant.

No. 46248.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 27, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied Nov. 15, 1983.

Application to Transfer Denied
Dec. 20, 1983.

Robert Jackson Maurer, Kirkwood, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction, after a jury-waived trial, of attempted burglary in the first degree for which he was sentenced to imprisonment for twelve years as a persistent offender. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).